Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
GILBERT SHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SHAW<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>               Defendant. | No.  1:25-CV-02015 (GSA)<br><br>**STIPULATION FOR BRIEFING EXTENSION; ORDER** |

On December 24, 2025, Plaintiff Gilbert Shaw filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability benefits under Title XVI of the Social Security Act. (ECF Doc. 1) The Defendant was served with the Complaint on January 12, 2026. (ECF Doc. 6) On March 11, 2026, the Defendant responded to the Complaint by lodging a certified copy of the administrative

STIPULATION FOR BRIEFING EXTENSION

record. (ECF Doc. 9) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is due on or before April 10, 2026. (ECF Doc. 5 at p. 2:19-20)

Plaintiff requests a first-time extension of thirty (30) days to file his motion. Plaintiff's counsel seeks the extension as counsel has multiple conflicting filing deadlines in other Social Security disability appeals. As Plaintiff's counsel was not involved at the administrative level, close review and consideration of the administrative record is required to effectively advocate for Plaintiff. *See*, *Costa v. Comm'r of Soc. Sec. Admin*., 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. A thirty (30) day extension is requested so as not to interfere with current existing deadlines in other Social Security disability appeals before the Court. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: April 3, 2026

NEWEL LAW

By:    *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
GILBERT SHAW

Dated: April 3, 2026

ERIC GRANT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:    *Erin A. Jurrens**
ERIN A. JURRENS
Special Assistant United States Attorney
Attorney for Defendant
(**authorized by email dated 4/3/2026*)

STIPULATION FOR BRIEFING EXTENSION

## ORDER GRANTING EXTENSION IN PART

The parties stipulate to an extension of 30 days for Plaintiff to file his Opening Brief.

Accordingly, it is **ORDERED** that Plaintiff is granted an extension of 30 days to and including

May 11, 2026 to file the Opening Brief.


IT IS SO ORDERED.

Dated:    **April 6, 2026**              **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR BRIEFING EXTENSION